Larry R. Roloff, OSB No. 722167
Attorney at Law
132 East Broadway, Suite 233
Eugene, OR 97401-3154
Telephone:  541 686 8695
E-mail:  roloffaal@yahoo.com

    Attorney for:   JOSE ANTONIO NUNEZ DE JESUS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>JOSE ANTONIO NUNEZ DE JESUS,<br><br>                     Defendant. | Case No. 1:21-CR-00281-001<br><br>ORDER TO RECONVEY CASH BOND |

      THIS MATTER came before the court upon the motion of Ricky Rios who posted bond on behalf of the defendant to have the cash bond returned. In reviewing the motion and the record in this matter, the court makes the following findings:

### FINDINGS OF FACT

      1.    A complaint was filed on November 5, 2021 charging the defendant with possession with intent to distribute fentanyl. Defendant was held in custody.

      2.    On November 16, 2021, cash bond was posted by Ricky Rios in the amount of $7,000.

      3.    Defendant was sentenced on June 6, 2024. Between the date of release and date of sentencing, Defendant was not charged with any violation of his pretrial release and bond was not forfeited.

      4.    On April 11, 2025, Ricky Rios filed a motion to have the cash bond reconveyed to him.

Based on the above findings of fact, IT IS HEREBY DETERMINED the motion to reconvey cash bond in the amount of $7,000 is hereby GRANTED. The cash bond shall be returned forthwith to Ricky Rios at the address of 722 Halsey Street, Apt. 205, Troutdale, OR 97060.

IT IS SO ORDERED.

Dated: April 16, 2025

_____
UNITED STATES DISTRICT JUDGE